# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BLOCK,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE McDONALD, Warden,<br><br>    Respondent. | NO. CV 10-1824 JHN (SS)<br><br><br><br>**JUDGMENT** |

  Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 20, 2011

                 /s/ Jacqueline H. Nguyen
                 JACQUELINE H. NGUYEN
                 UNITED STATES DISTRICT JUDGE